*E-Filed 6/28/10*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL STEPHEN WHALEN,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, MONTEREY COUNTY SHERIFF, REDDING POLICE DEPARTMENT, et al.,<br><br>　　　Defendants. | No. C 09-6001 RS (PR)<br><br>**ORDER OF TRANSFER** |

## INTRODUCTION

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Shasta County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id*. § 1391(b).

Accordingly, in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED**.

DATED: June 28, 2010

　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge